```
                                          FILED
                                 CLERK, U.S. DISTRICT COURT

                                         11/27/2015

                                 CENTRAL DISTRICT OF CALIFORNIA
                                 BY:        CW        DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON SANCHEZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DAVE DAVAY, Warden,<br><br>　　　　Respondent. | Case No. CV 15-474 MWF (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court engaged in a de novo review of those portions of the Report to which Petitioner objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

DATE: November 27, 2015

_____
HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE